

Attorney General / Procureur général
Public Prosecutions / Poursuites publiques

May 2, 2005

David Plourde, Counsel
International Assistance Group
Federal Prosecution Service
Department of Justice Canada
2258-284 Wellington Street
Ottawa, Ontario
K1A 0H8

Mr. Plourde:

### Re: Gregory Allan Despres

The Attorney General for the Province of New Brunswick hereby requests the provisional arrest of Gregory Allan Despres.

### Information to Obtain Provisional Arrest Warrant

1. The present request is made by J. George Chiasson, Q.C., Assistant Director of Public Prosecutions, as agent for the Attorney General for the Province of New Brunswick.

2. The date of the present application is May 2, 2005.

3. The subject is:

   a) name: Gregory Allan Despres
   b) birth date: 1982/06/19
      age 22
      place of birth is Minto, New Brunswick, Canada
   c) citizenship: Canadian and naturalized American
   d) description: male adult
      height: 5'2"
      weight: 59 kgs
      eyes: brown
      hair: brown
      mark: tattoo in lower back
   e) photographs are enclosed and identified as Document numbers 1, 2 and 3.
   f) presently the subject is under arrest in Mattapoisett, Massachusetts, U.S.A.

4. If provisionally arrested, the Attorney General for New Brunswick will request the extradition of the subject within 60 days.

5. Presently the subject is wanted in Canada (New Brunswick) for sentencing, to face charges of failure to attend court, and two charges of first degree murder on the persons of Frederick Franklin Fulton and Veronica Decarie.

P.O. Box 6000 / Case postale 6000
Fredericton / Fredericton
New Brunswick / Nouveau-Brunswick
Canada E3B 5H1 / Canada E3B 5H1

05/02/05 10:52 FAX PROSECUTIONS → 613 9572412 NO. 996 P003/025
Case 1:05-mj-00822-MBB   Document 12   Filed 05/09/05   Page 2 of 20

2

6. List of offences for which subject was found guilty and is subject to sentencing:

   s. 267(a) C.C.C. -  Assault with a weapon summary conviction liable for imprisonment for a term not exceeding 18 months

   s. 264.1(2)(b) C.C.C.-  Uttering threat to cause death or bodily harm liable for imprisonment for a term not exceeding 18 months

   List of charges outstanding:

   s. 145(2)(b) C.C.C. -  Fail to attend court indictable liable for imprisonment for a term not exceeding two years.

   s. 235(1) C.C.C. -  First degree murder of the person on Frederick Franklin Fulton – indictable offence.

   s. 235(1) C.C.C. -  First degree murder of the person on Veronica Decarie – indictable offence.

7. Copies of the Informations and warrants are enclosed and identified as Document numbers 4, 5, 6, 7, 8 and 9.

8. A copy of the warrants are enclosed and self explanatory. Copies are enclosed and identified as Document numbers 4, 6 and 8.

9. Synopsis of the facts:
   Prosecutor's Information Sheet is enclosed and identified as Document number 10.

10. Prosecuting Attorney:
    Paul Hawkins
    (506) 357-4033

11. N/A

12. Grounds for urgency
    Subject considered violent and dangerous and flight risk.

13. CPIC check done – negative.

Please process as an urgent matter.

Yours truly,

J. George Chiasson, Q.C.
Assistant Director

Enclosures

SEALING ORDER IS REQUESTED.



Document 1



Document 2


Document 8

02Z275006
00 ( Ordinator/RCMP )



**FORM 7 C.C.C.**
(Sections 475, 493, 597, 800 and 803)
**WARRANT FOR ARREST**

**FORMULE 7 C.C.C.**
(Art. 475, 493, 597, 800 et 803)
**MANDAT D'ARRESTATION**

CANADA
PROVINCE OF NEW BRUNSWICK

CANADA
PROVINCE DU NOUVEAU-BRUNSWICK

To the peace officers of the Province of New Brunswick.

Aux agents de la paix de la province du Nouveau-Brunswick.

This warrant is issued for the arrest of
Gregory Allan Despres

Le présent mandat est décerné pour l'arrestation de

of  354 Slope Road, Minto, NB, Canada, E4B 3J8

de

hereinafter called the accused.

ci-après appelé le prévenu.

WHEREAS the accused has been charged that:

ATTENDU que le prévenu a été inculpé d'avoir:

April 25, 2005 - Burton - Section 145(2)(b) CCC - fail to attend Court - indictable

AND WHEREAS:
Warrant of Arrest to issue in the first instance

ET ATTENDU:

THIS IS THEREFORE, to command you, in her Majesty's name, forthwith to arrest the said accused and to bring him before any judge of the Provincial Court for the Province of New Brunswick to be dealt with according to law.

À CES CAUSES, les présentes ont pour objet de vous enjoindre, au nom de Sa Majesté, d'arrêter immédiatement le prévenu et de l'amener devant un juge de la Cour provinciale de la province du Nouveau-Brunswick pour qu'il soit traité selon la loi.

DATED April 27, 2005 at Burton, Province of New Brunswick

FAIT le à , province du Nouveau-Brunswick

_____
Judge of the Provincial Court
Province of New Brunswick

_____
Juge de la Cour provinciale
Province du Nouveau-Brunswick

| FORM 29 (Section 507) | FORMULE 29 (article 507) |
|---|---|
| ENDORSEMENT OF WARRANT | VISA DU MANDAT |
| CANADA PROVINCE OF NEW BRUNSWICK | CANADA PROVINCE DU NOUVEAU-BRUNSWICK |

Whereas this warrant is issued under section 507, 508, or 512 of the Criminal Code in respect of an offence other than an offence mentioned in section 522 of the Criminal Code, I hereby authorize the release of the accused, Gregory Allan Desmond pursuant to section 499 of that Act.

Attendu que le présent mandat est décerné en vertu des articles 507, 508 ou 512 du Code criminel, relativement à une infraction autre que celles visées à l'article 522, j'autorise par les présents la mise en liberté du prévenu, en application de l'article 499 de cette loi.

Dated April 27, 2005 at Bouctouche Province of New Brunswick

Fait le _____ à _____ province du Nouveau-Brunswick

_____
T.L. Cumming
A Judge of the Provincial Court

_____
Un Juge de la Cour provinciale

---

| Gregory Allan Desmond | | Informant | Dénonciateur |
| Accused Name | Nom de l'accusé(e) | | |

| 134 Slope Road, Minto, NB, Canada. E4B 3J8 | | Address | Adresse |
| Accused Address | Adresse de l'accusé(e) | | |

| April 27, 2005 | | Telephone | No. de téléphone |
| Date Issued | Émis le | | |

---

| FORM 28 | FORMULE 28 |
|---|---|
| ENDORSEMENT OF WARRANT OF ARREST | VISA DU MANDAT D'ARRESTATION |
| CANADA PROVINCE OF NEW BRUNSWICK | CANADA PROVINCE DU NOUVEAU-BRUNSWICK |

Pursuant to application this day made to me, I hereby authorize the arrest of the accused, _____ within the said _____

Conformément à la demande qui m'a été adressée ce jour, j'autorise par les présents l'arrestation du prévenu,

Dated this _____ at _____, Province of New Brunswick.

dont le dite _____ Daté du _____ à _____, province du Nouveau-Brunswick.

_____
A Judge of the Provincial Court

_____
Un Juge de la Cour provinciale

(territorial division)

(circonscription territoriale)

| INFORMATION<br>FORM 2<br>(Section 506 and 788) | DÉNONCIATION<br>FORMULE 2<br>(Articles 506 et 788) |
|---|---|
| CANADA | CANADA |
| PROVINCE OF NEW BRUNSWICK | PROVINCE DU NOUVEAU-BRUNSWICK |
| PROVINCIAL COURT | COUR PROVINCIALE |
| This is the information | Les présentes constituent la |
| of   Cst. Chantal MacINTOSH, a member | dénonciation de |
| of   the Royal Canadian Mounted Police, Oromocto, NB | De |
| hereinafter called the informant. | ci-après appelé le dénonciateur |
| The informant says that he has reasonable and probable grounds to believe and does believe that | Le dénonciateur déclare qu'il a des motifs raisonnables et probables pour croire et croit qu' |

Gregory Allen Despres of 354 Slope Road, Minto, New Brunswick

On or about the 25th day of April, A.D., 2005, at or near Burton, in the County of Sunbury and Province of New Brunswick, having appeared before a Judge, to wit: Provincial Court Judge P.L. Cumming on the 16th day of March, A.D., 2005, did unlawfully fail to attend court on the 25th day of April, A.D., 2005 at Burton, New Brunswick as required by the said Judge, and did thereby commit an offence punishable on indictable conviction, contrary to and in violation of section 145(2)(b) of the Criminal Code of Canada and amendments thereto.

|   |   |
|---|---|
| Signature of Informant | Signature du dénonciateur |
| SWORN BEFORE ME | FAIT SOUS SERMENT DEVANT MOI |
| This 27th day of April, 2005 | le _____ jour de _____ |
| at   Burton | à _____ |
| New Brunswick. | Nouveau-Brunswick. |
| Judge of Provincial Court<br>Province of New Brunswick | Juge de la Cour provinciale<br>Province du Nouveau-Brunswick |
| Information No. | Dénonciation No. |
| J.I.S. No.<br>Date of birth | J.I.S. Cause No.<br>Date de naissance |

02229706
04-9383 ( Chipman RCMP )



| FORM 7 C.C.C | FORMULE 7 C.C.C. |
|---|---|
| (Sections 475, 493, 597, 800 and 803) | (Art. 475, 493, 597, 800 et 803) |
| WARRANT FOR ARREST | MANDAT D'ARRESTATION |

| CANADA | CANADA |
|---|---|
| PROVINCE OF NEW BRUNSWICK | PROVINCE DU NOUVEAU-BRUNSWICK |

To the peace officers of the Province of New Brunswick.

Aux agents de la paix de la province du Nouveau-Brunswick.

This warrant is issued for the arrest of
Gregory Allan Despres

Le présent mandat est décerné pour l'arrestation de

of 354 Slope Road, Minto, NB, Canada, E4B 3J8

de

hereinafter called the accused.

ci-après appelé le prévenu.

WHEREAS the accused has been charged that

ATTENDU que le prévenu a été inculpé d'avoir

COUNT 1: August 21, 2004 at Minto, NB - Did in committing an assault on Frederick Mowat threaten to use a weapon, to wit: a knife. Section 267(a) CC (summary)

COUNT 2: August 21, 2004 at Minto, NB - Did utter a threat to Frederick Mowat to cause death or bodily harm to Frederick Mowat. Section 264.1(1)(b) CC (summary)

AND WHEREAS:

ET ATTENDU:

Accused failed to appear in Burton Provincial Court on April 25, 2005 for scheduled Sentencing.

THIS IS THEREFORE, to command you, in her Majesty's name, forthwith to arrest the said accused and to bring him before any judge of the Provincial Court for the Province of New Brunswick to be dealt with according to law.

À CES CAUSES, les présentes ont pour objet de vous enjoindre, au nom de Sa Majesté, d'arrêter immédiatement le prévenu et de l'amener devant un juge de la Cour provinciale de la province du Nouveau-Brunswick pour qu'il soit traité selon la loi.

DATED April 25, 2005 at Burton, Province of New Brunswick

FAIT le à , province du Nouveau-Brunswick

P.D. Cumming
Judge of the Provincial Court
Province of New Brunswick

Juge de la Cour provinciale
Province du Nouveau-Brunswick

| FORM 29 | FORMULE 29 |
|---|---|
| (Section 507) | (article 507) |
| ENDORSEMENT OF WARRANT | VISA DU MANDAT |
| CANADA | CANADA |
| PROVINCE OF NEW BRUNSWICK | PROVINCE DU NOUVEAU-BRUNSWICK |

Whereas this warrant is issued under section 507, 508, or 512 of the Criminal Code in respect of an offence other than an offence mentioned in section 522 of the Criminal Code, I hereby authorize the release of the accused, Gregory Allan Despres pursuant to section 499 of that Act.

Attendu que le présent mandat est décerné en vertu des articles 507, 508 ou 512 du Code criminel, relativement à une infraction autre que celles visées à l'article 522, j'autorise par les présentes la mise en liberté du prévenu, en application de l'article 499 de cette loi

Dated April 25, 2005 at Burton, Province of New Brunswick

FAIT le à , province du Nouveau-Brunswick

P.L. Cumming
A Judge of the Provincial Court

Un Juge de la Cour provinciale

---

Gregory Allan Despres
Accused Name / Nom de l'accusé(e)

354 Slope Road, Minto, NB, Canada, E4B 3J8
Accused Address / Adresse de l'accusé(e)

April 25, 2005
Date Issued / Établi le

Informant / Dénonciateur

Address / Adresse

Telephone / No. de téléphone

---

FORM 28 / FORMULE 28

ENDORSEMENT OF WARRANT OF ARREST / VISA DU MANDAT D'ARRESTATION

CANADA
PROVINCE OF NEW BRUNSWICK

CANADA
PROVINCE DU NOUVEAU- BRUNSWICK

Pursuant to application this day made to me, I hereby authorize the arrest of the accused, _____ within the said _____ Dated this _____ at _____, Province of New Brunswick.

Conformément à la demande qui m'a été adressée ce jour, j'autorise par les présentes l'arrestation du prévenu, _____ dans la dite _____ Daté du _____ à _____, province du Nouveau-Brunswick.

A Judge of the Provincial Court

Un Juge de la Cour provinciale

(territorial division)

(circonscription territoriale)

| INFORMATION | DÉNONCIATION |
|---|---|
| FORM 2. | FORMULE 2 |
| (Sections 506 and 788) | (Articles 506 et 788) |
| CANADA | CANADA |
| PROVINCE OF NEW BRUNSWICK | PROVINCE DU NOUVEAU-BRUNSWICK |
| PROVINCIAL COURT | COUR PROVINCIALE |

This is the information                    Les présentes constituent la

of  **Cst. Kirsten COLLINS**                dénonciation de

of  **RCMP District #2, Oromocto, N.B.**   de

hereinafter called the informant.          ci-après appelé le dénonciateur.

The informant says that he has reasonable and probable       Le dénonciateur déclare qu'il a des motifs raisonnables et pro-
grounds to believe and does believe that                     bables pour croire et qu'il croit qu'

**COUNT 1:** Gregory Allan DESPRES of 354 Slope Road, Minto, N.B., on or about the 21st day of August, A.D. 2004 at or near Minto in the County of Sunbury and Province of New Brunswick did in committing an assault on Frederick MOWAT threaten to use a weapon, to wit: a knife thereby committing an offence punishable on summary conviction, contrary to Section 267(a) of the Criminal Code of Canada and amendments thereto.

**COUNT 2:** Gregory Allan DESPRES of 354 Slope Road, Minto, N.B., on or about the 21st day of August, A.D. 2004 at or near Minto in the County of Sunbury and Province of New Brunswick did knowingly utter a threat to Frederick MOWAT to cause death or bodily harm to Frederick MOWAT, contrary to Section 264.1(2)(b) of the Criminal Code of Canada and amendments thereto.

_____                    _____
Signature of Informant                       Signature du dénonciateur

SWORN BEFORE ME                              FAIT SOUS SERMENT DEVANT MOI

this _____ day of __**September**__ 20 **04**    le _____ jour de _____ 20 _____

at _____**Burton**_____            à _____

New Brunswick.                               Nouveau-Brunswick.

_____                    _____
Judge of Provincial Court                    Juge de la Cour provinciale
Province of New Brunswick                    Province du Nouveau-Brunswick

Information No.                              Dénonciateur No.

J.I.S. No.                                   J.I.S. Cause No.

Date of Birth                                Date de naissance

45-1010 (1999-03) (FLO)                      Page 1

PARTICULARS OF OFFENCE(S) (INCLUDE ANY "ET ALS", ADDITIONAL CHARGES) / DETAILS DU (DES) DELIT(S) (INCLURE TOUT COMPLICE ET AUTRES ACCUSATIONS)

On Saturday August 21, 2004 at approx 19:30 hrs RCMP OCC advised Minto RCMP that a male was holding a large knife to chest of another male. Cst Campbell and Cpl.Lafrance attended 358 Slope Rd Minto, Sunbury County, NB and spoke to the victim Fred Mowatt who advised that Despres has been bothering his grandfather for the past month. Mowatt advised that he was having a family gathering at his grandfathers residence who lives next to Despres's residence. Despres had started playing loud music. Mowatt went over to tell Despres's to turn down his music. Mowatt said that he and Despres got in each other's face then Despres pulled out a knife and pointed it to the chest area of Mowatt. Despres"s said to Mowatt that he was going to get you all.

Mowatt said that he was threatened by Despres so Mowatt picked up a piece of wood chased him from the property at 358 Slope Rd. After speaking to complainants Cst's Campbell, Weller and Cpl.Lafrance attented the residence of Despres at 354 and spoke to Despres, as he was working on a vehicle in his driveway. Despres was placed under arrest by Cpl.Lafrance and searched which located a large black knife which was found in his front right pocket.

Despres was transported to the Minto Detachment and put in contact with Duty Counsel Peter Cory. After speaking to Duty Counsel Despres refused to give a statement. Despres was fingerprinted, photographed, and signed a consent to search for any firearms he had at his residence.

Cst Campbell and Cpl.Lafrance departed the Minto RCMP with Despres to get any firearms that he had at the residence. Members seized 3 Rifles, one pellet hand gun and a bow with 7 arrows. Members departed the residence and spoke to the complaints and advised them that Despres was being charged and we seized his firearms for safe keeping.

Cst P.H. Campbell
RCMP District 2
Minto Post

**PARTICULARS OF OFFENCE(S) (INCLUDE ANY "ET AL.", ADDITIONAL CHARGE(S) / DÉTAILS DU (DES) DÉLIT(S) (INCLURE TOUT COMPLICE ET AUTRES) ACCUSATIONS)**

On Saturday August 21, 2004 at approx 19:30 hrs RCMP CCC advised Minto RCMP that a male was holding a large knife to chest of another male. Cst Campbell and Cpl.Lafrance attended 363 Sloop Rd Minto, Sunbury County, NB and spoke to the victim Fred Mowatt who advised that Despres has been bothering his grandfather for the past month. Mowatt advised that he was having a family gathering at his grandfathers residence who lives next to Despre's residence. Despres had started playing loud music. Mowatt went over to tell Despre's to turn down his music. Mowatt said that he and Despres got in each others face then Despres pulled out a knife and pointed it to the chest area of Mowatt. Despre's said to Mowatt that he was going to get you all.

Mowatt said that he was threatened by Despres so Mowatt picked up a piece of wood chased him from this property at 363 Sloop Rd. After speaking to complaintants Cst's Campbell, Weller and Cpl.Lafrance attended the residence of Despres at 354 and spoke to Despres, as he was working on a vehicle. In his driveway. Despres was placed under arrest by Cpl.Lafrance and searched which located a large black knife which was found in his front right pocket.

Despres was transported to the Minto Detachment and put in contact with Duty Counsel Peter Corly. After speaking to Duty Counsel Despres refused to give a statement. Despres was fingerprinted, photographed, and signed a consent to search for any firearms he had at his residence.

Cst Campbell and Cpl.Lafrance departed the Minto RCMP with Despres to get any firearms that he had at the residence, Members seized 3 Rifles, one pellet hand gun and a bow with 7 arrows. Members departed the residence and spoke to the complaints and advised them that Despres was being charged and we seized his firearms for safe keeping.

Cst P.H. Campbell
RCMP District 2
Minto Post

Document 8

# PROVINCIAL COURT
# PROVINCE OF NEW BRUNSWICK

I, Nancy Estey, **HEREBY CERTIFY** that the document attached hereto and marked "A"

is a true and correct copy of the original

Warrant of Arrest dated April 29, 2005 in the matter of

### R. vs Gregory Allan Despres

Case No. 02276106

DATED at Burton, County of Sunbury, Province of New Brunswick, this 2nd day of May, 2005.

_____
Nancy Estey
Court Stenographer
Provincial Court
Burton, New Brunswick

07937005
( Oromocto/RCMP )



| FORM 7 C.C.C<br>(Sections 475, 493, 597, 800 and 803)<br>WARRANT FOR ARREST | FORMULE 7 C.C.C.<br>(Art. 475, 493, 597, 800 et 803)<br>MANDAT D'ARRESTATION |

CANADA
PROVINCE OF NEW BRUNSWICK

CANADA
PROVINCE DU NOUVEAU-BRUNSWICK

To the peace officers of the Province of New Brunswick.

Aux agents de la paix de la province du Nouveau-Brunswick.

This warrant is issued for the arrest of
Gregory Allan Despres

Le présent mandat est décerné pour l'arrestation de

of 354 Slope Road, Minto, NB, Canada, E4B 3J8

de

hereinafter called the accused.

ci-après appelé le prévenu.

WHEREAS the accused has been charged that

ATTENDU que le prévenu a été inculpé d'avoir

COUNT 1: April 24, 2005 at Minto, N.B - did commit first degree murder on the person of Frederick Franklin Fulton Section 235(1)CCC - Indictable
COUNT 2: April 24, 2005 at Minto, N.B - did commit first degree murder on the person of Veronica Decarie Section 235(1)CCC - Indictable

AND WHEREAS:

ET ATTENDU:

April 29, 2005 - Warrant in the First Instance

THIS IS THEREFORE, to command you, in her Majesty's name, forthwith to arrest the said accused and to bring him before any Judge of the Provincial Court for the Province of New Brunswick to be dealt with according to law.

À CES CAUSES, les présentes ont pour objet de vous enjoindre, au nom de Sa Majesté, d'arrêter immédiatement le prévenu et de l'amener devant un juge de la Cour provinciale de la province du Nouveau-Brunswick pour qu'il soit traité selon la loi.

DATED April 29, 2005 at Fredericton, Province of New Brunswick

FAIT le  , province du Nouveau-Brunswick

R.L. Cumming
Judge of the Provincial Court
Province of New Brunswick

Juge de la Cour provinciale
Province du Nouveau-Brunswick

**FORM 29**
(Section 507)

**ENDORSEMENT OF WARRANT**

CANADA
PROVINCE OF NEW BRUNSWICK

Whereas this warrant is issued under section 507, 508, or 512 of the Criminal Code in respect of an offence other than an offence mentioned in section 522 of the Criminal Code, I hereby authorize the release of the accused, Gregory Allan Despres pursuant to section 499 of that Act.

Dated April 29, 2005 at Fredericton,
Province of New Brunswick

_____
M.L. Cumming
A Judge of the Provincial Court

**FORMULE 29**
(article 507)

**VISA DU MANDAT**

CANADA
PROVINCE DU NOUVEAU-BRUNSWICK

Attendu que le présent mandat est décerné en vertu des articles 507, 508 ou 512 du Code criminel, relativement à une infraction autre que celles visées à l'article 522, j'autorise par les présentes la mise en liberté du prévenu, ____ en application de l'article 499 de cette loi.

Fait le ____ à ____,
province du Nouveau-Brunswick

_____
Un Juge de la Cour provinciale

---

Gregory Allan Despres
Accused Name / Nom de l'accusé(e)

354 Slope Road, Minto, NB, Canada, E4B 3J8
Accused Address / Adresse de l'accusé(e)

April 29, 2005
Date Issued / Établi le

Informant / Dénonciateur

Address / Adresse

Telephone / No. de téléphone

---

**FORM 28**

**ENDORSEMENT OF WARRANT OF ARREST**

CANADA
PROVINCE OF NEW BRUNSWICK

Pursuant to application this day made to me, I hereby authorize the arrest of the accused, _____

within the said _____

Dated this _____

at _____, Province of New Brunswick.

_____
A Judge of the Provincial Court

_____
(territorial division)

**FORMULE 28**

**VISA DU MANDAT D'ARRESTATION**

CANADA
PROVINCE DU NOUVEAU-BRUNSWICK

Conformément à la demande qui m'a été adressée ce jour, j'autorise par les présentes l'arrestation du prévenu,

dans la dite _____

Daté du _____

à _____, province du Nouveau-Brunswick.

_____
Un Juge de la Cour provinciale

_____
(circonscription territoriale)

Document 9

# PROVINCIAL COURT
# PROVINCE OF NEW BRUNSWICK

I, Nancy Estey, **HEREBY CERTIFY** that the document attached hereto and marked "A"

is a true and correct copy of the original

Information dated April 29, 2005 in the matter of

### R. vs Gregory Allan Despres

Case No. 02276106

DATED at Burton, County of Sunbury, Province of New Brunswick, this 2nd day of May, 2005.

_____
Nancy Estey
Court Stenographer
Provincial Court
Burton, New Brunswick

| INFORMATION<br>FORM 2<br>(Section 506 and 788) | DÉNONCIATION<br>FORMULE 2<br>(Article 506 et 788) |
|---|---|
| CANADA | CANADA |
| PROVINCE OF NEW BRUNSWICK | PROVINCE DU NOUVEAU-BRUNSWICK |
| PROVINCIAL COURT | COUR PROVINCIALE |
| This is the information | Les présentes constituent la |
| of   Cpl. Kevin Jackson, a member | dénonciation de |
| of   the Royal Canadian Mounted Police, Oromocto, NB | de |
| hereinafter called the informant. | ci-après appelé le dénonciateur. |
| The informant says that he has reasonable and probable grounds to believe and does believe that | Le dénonciateur déclare qu'il a des motifs raisonnables et probables pour croire et qu'il croit qu' |

GREGORY ALLAN DESPRES of 354 Slope Road, Minto, New Brunswick:

COUNT #1: on or about the 24th day of April, A.D. 2005 at or near Minto, County of Sunbury and Province of New Brunswick, did commit first degree murder on the person of Frederick Franklin Fulton, contrary to Section 235(1) of the Criminal Code of Canada and amendments thereto.

COUNT #2: on or about the 24th day of April, A.D. 2005 at or near Minto, County of Sunbury and Province of New Brunswick, did commit first degree murder on the person of Veronica Decarie, contrary to Section 235(1) of the Criminal Code of Canada and amendments thereto.

| Signature of Informant | Signature du dénonciateur |
|---|---|
| SWORN BEFORE ME | FAIT SOUS SERMENT DEVANT MOI |
| this 29th day of April, 2005 | le _____ jour de _____ |
| at   Fredericton | à _____ |
| New Brunswick. | Nouveau-Brunswick. |
| Judge of Provincial Court<br>Province of New Brunswick | Juge de la Cour provinciale<br>Province du Nouveau-Brunswick |
| Information No. | Dénonciateur No. |
| J.I.S. No. 0713-7005 | J.I.S. Cause No. |
| Date of Birth 02276106 | Date de naissance |

| Date | Endorsement / Inscription | Signature |
|---|---|---|
| April 29/05 | [illegible handwritten notes] | [signature] |

# PROSECUTOR'S INFORMATION SHEET
## DEPARTMENT OF JUSTICE

**FICHE DE RENSEIGNEMENTS À L'USAGE DU PROCUREUR**
**MINISTÈRE DE LA JUSTICE**

1. **OFFENCE(S) / DÉLIT(S)**
   - Occurrence No.: 2005-009
   - Date: M 4 / D 26 / YR 2005
   - Place / Lieu: Minto, New Brunswick
   - Time / Heure: 15:01
   - Offence(s): Murder
   - Section and Act: 235(1)

2. **POLICE OFFICER / AGENT DE POLICE**
   - Det. Office: RCMP, Major Crime Unit
   - Investigating Members: Cst. Allan ROGERS / Sgt. Gerard BELLIVEAU

3. **DEFENDANT**
   - Surname / Nom de famille: DESPRES
   - Given Name: Gregory
   - Alias: Allan
   - Sex: M
   - D.O.B.: M 5 / D 19 / YR 1983
   - P.O.B.: New Brunswick
   - Parents Name and Phone No.: Jeannie DESPRES and Glendon MEYER
   - Address: 354 Slope Road, Minto, NB

**PARTICULARS OF OFFENCE(S):**

See attached Appendix A

Member's Signature: [signed] Allan Rogers Cst    Date: 2005-05-02