UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN THE MATTER OF THE EXTRADITION )
)
OF ) M.J. No. 05-822-MBB
)
GREGORY ALLAN DESPRES )

### GOVERNMENT'S MOTION TO SEAL

The United States of America hereby moves this Court to direct that the enclosed complaint, this motion, the Court's Orders concerning the same, and any other papers relating to the filing of this complaint and motion, be sealed. As grounds therefor, the government states that disclosure may impede a criminal investigation and jeopardize international relations.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Aloke Chakravarty
Aloke Chakravarty
Assistant U.S. Attorney
(617) 748-3658

Date: May 9, 2005

*May 9, 2005. Allowed.*
*Marianne B. Bowler, USMJ*