IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

IN THE MATTER OF THE EXTRADITION )
)
OF ) M.J. No. 05-822-MBB
) (Under Seal)
Gregory Allan Despres )

ORDER

Upon application of Aloke Chakravarty, Assistant United States Attorney for the District of Massachusetts, appearing on behalf of the Government of Canada;

It is hereby ORDERED that the complaint and all other documents in this matter be sealed until further Order of the Court.

Done this the 9th Day of May 2005.

_____
MARIANNE B. BOWLER
United States Magistrate Judge