IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

IN THE MATTER OF THE EXTRADITION )
)
OF ) M.J. No. 05-822-MBB
) (Under Seal)
Gregory Allan Despres )

ORDER

BEFORE ME, a United States Magistrate for the District of Massachusetts, personally appeared in the District of Massachusetts the complainant herein, Aloke Chakravarty, an Assistant United States Attorney for the District of Massachusetts on the 9th day of May, 2005, who, being duly sworn, says that the foregoing information is true, as he verily believes.

IT IS HEREBY ORDERED that a warrant for the provisional arrest of Gregory Allan Despres may issue.

DATED: This 9th day of May, 2005.

MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE