UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN THE MATTER OF THE EXTRADITION )
)
OF ) M.J. No. 05-822-MBB
)
GREGORY ALLAN DESPRES )

### GOVERNMENT'S MOTION TO UNSEAL

The United States of America hereby moves this Court to direct that the Complaint pursuant to 18 U.S.C. §3184, this motion, the Court's Orders concerning the same, and any other papers relating to the filing of this complaint and motion, be unsealed. In support of this motion, the government states that the fugitive is in custody under Provisional Arrest and is appearing before this Court for an initial appearance in the above-captioned extradition proceeding.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

By: _____
Aloke Chakravarty
Assistant U.S. Attorney
(617) 748-3658

Date: May 13, 2005