# UNITED STATES DISTRICT COURT

_____DISTRICT OF MASSACHUSETTS_____

In the Matter of the Extradition

Of

**Gregory Allan Despres**

## WARRANT FOR ARREST

CASE NUMBER: mJ# 05-822-MBB

TO: The United States Marshal
and any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest **Gregory Allan Despres**
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [XX] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with (brief description of offense): being a fugitive from Canada, which has sought provisional arrest with a view towards extradition to answer charges of Two Counts of Murder, One Count of Failure to Attend Court Appearance, and for sentencing following convictions for Assault threatening to use a weapon and Uttering a Threat to cause death or bodily harm, pursuant to the extradition treaty between the United States and Canada, and Title 18, United States Code, 3184.

_MARIANNE B. BOWLER_
Name of Issuing Officer
MARIANNE B. BOWLER

_Marianne B. Bowler USMJ_
Signature of Issuing Officer

Title of Issuing Officer
UNITED STATES MAGISTRATE JUDGE

May 9, 2005 @ 4:40 @ Boston
Date and Location
BOSTON, MASSACHUSETTS
May 9, 2005

Bail fixed at $ _____ by _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at WARRANT EXECUTED BY DSMS - Pchip BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 5/13/05 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 Warrant for Arrest