UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

---

In the Matter of the Extradition )
)
of Gregory Allan Despres, ) No. MJ-05-822-MBB
)
A fugitive from Canada )
)

---

## SUBMISSION OF FORMAL EXTRADITION REQUEST
## AND SUPPORTING DOCUMENTS

The United States, by and through Michael J. Sullivan, and Aloke S. Chakravarty, Assistant United States Attorney for the District of Massachusetts, hereby submits the formal request on behalf of the Government of Canada for the extradition of Gregory Allan Despres and supporting documents. These materials are submitted in support of the request by the United States and by the government of Canada, that this Court find Gregory Allan Despres to be certified as Extraditable, that such certification be delivered to the Secretary of State, and the subject be rendered to the custody of the United States Marshal, pending his transportation to Canada.

Specifically, the extradition package contains the following set of documents, marked collectively as Exhibit A:

i. Declaration from the Office of the Legal Adviser, United States Department of State

ii. Authentication of the Declaration by the Department of State

iii. Copy of the Diplomatic Note from the government of Canada

iv. Copy of the Treaty of Extradition between the United States and the government of Canada

v. Certification by the Principal Diplomatic or Consular Officer of the United States in Canada

vi. Supporting Documents submitted pursuant to the Treaty of Extradition

This submission also includes a supplemental Affidavit of the Crown Prosecutor in New Brunswick, Canada with attached Report, marked collectively as Exhibit B.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: _____
Aloke S. Chakravarty
Assistant United States Attorney
(617) 748-3658