UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In the Matter of the Extradition ) | |
| ) | |
| of Gregory Allan Despres, ) | No. MJ-05-822-MBB |
| ) | |
| A fugitive from Canada ) | |
| ) | |

**SUBMISSION OF PROPOSED CERTIFICATION OF**
**EXTRADITABILITY AND ORDER OF COMMITTMENT**

The United States, by and through Michael J. Sullivan, and Aloke S. Chakravarty, Assistant United States Attorney for the District of Massachusetts, hereby submits a proposed Certificate of Extraditability and Order of Commitment.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    UNITED STATES ATTORNEY


By: /s/ ALOKE CHAKRAVARTY
    Aloke S. Chakravarty
    Assistant United States Attorney
    (617) 748-3658

Dated: July 21, 2005